**CGFD4** (12/9/11)



**ORDERED in the Southern District of Florida on April 23, 2012**

**Raymond B Ray**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 12–18662–RBR**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Juan Flores
aka Juan A Flores
17010 SW 36 Ct
Miramar, FL 33027

SSN: xxx–xx–9527

**ORDER DISMISSING CASE FOR FAILURE OF DEBTOR TO CORRECT FILING DEFICIENCY**

The above referenced case was filed on **April 10, 2012** and was deficient as indicated below:

> The petition was not accompanied by a service matrix as required pursuant to Local Rule 1007–2(A) prepared in the format required by the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" or was otherwise deficient.

*Page 1 of 2*

**A Notice was issued by the clerk directing the debtor to correct the above noted deficiency(ies) not later than April 17, 2012. The debtor has failed to comply with this notice.**

It is **ORDERED** that:

1) In accordance with 11 U.S.C. § 105(a), Local Rule 1001−1(D), this case is dismissed with prejudice as to the filing of any bankruptcy case in any federal bankruptcy court in the United States of America by the above−named debtor earlier than 180 days from entry of this order.

2) All pending motions are denied as moot.

3) (If applicable) The debtor shall immediately pay to Clerk, U.S. Court $ **231.00** for the balance of the filing fee as required by Local Rule 1017−2(E). This court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

4) In accordance with Local Rule 1002−1(B), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

5) (If applicable), the trustee shall file a final report within 14 days of the date of this order.

# # #

The clerk shall serve a copy of this order on all parties of record.